PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.   ) | **Docket Number: 2:04CR00160-01** |
| ) | |
| **John David WHISENHUNT** ) | |
| ) | |

On September 20, 2007, the above-named was placed on Supervised Release for a period of 3 years. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Dayna D. Ward

**DAYNA D. WARD
Senior United States Probation Officer**

Dated: September 10, 2009
Roseville, California
DDW:cd

**REVIEWED BY:**      /s/ Terence E. Sherbondy
**TERENCE E. SHERBONDY
Supervising United States Probation Officer**

Re:   **John David WHISENHUNT**
      **Docket Number:   2:04CR00160-01**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 9/28/09 | /s/ Edward J. Garcia |
| **Date** | **EDWARD J. GARCIA** |
| | **Senior United States District Judge** |

Attachment:   Recommendation
cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | **Docket Number:** 2:04CR00160-01 |
| ) | |
| John David WHISENHUNT ) | |
| ) | |

**LEGAL HISTORY:**

On December 10, 2004, the above-named was placed on Supervised Release for a period of 3 years, which commenced on September 20, 2007. Special conditions included a requirement for warrantless search, financial disclosure, substance abuse testing, treatment and co-payment.

**SUMMARY OF COMPLIANCE:**

John David Whisenhunt has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Whisenhunt has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:   John David WHISENHUNT**
     **Docket Number:   2:04CR00160-01**
     **RECOMMENDATION TERMINATING**
     **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                            Respectfully submitted,

                            /s/ Dayna D. Ward

                         **DAYNA D. WARD**
                         **Senior United States Probation Officer**

Dated:      September 10, 2009
            Roseville, California
            DDW:cd

**REVIEWED BY:**        /s/ Terence E. Sherbondy
                     **TERENCE E. SHERBONDY**
                     **Supervising United States Probation Officer**

cc:   AUSA William S. Wong (Pursuant to Rule 32, notice of proposed relief to the releasee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)